### INDIVIDUAL STATE VARIANCE REQUIREMENTS

**If you purchased this CONTRACT in the state listed below, the following additional information applies to YOUR CONTRACT.**

**OKLAHOMA**

American Auto Shield, LLC Oklahoma Service Warranty Association license number: 442008678

Oklahoma service warranty Statutes do not apply to commercial use references in this CONTRACT per 15 O.S. 141.2. Coverage afforded under this CONTRACT is not guaranteed by the Oklahoma Insurance Guaranty Association. THIS CONTRACT IS NOT ISSUED BY THE MANUFACTURER OR WHOLESALE COMPANY MARKETING THE PRODUCT. THIS CONTRACT WILL NOT BE HONORED BY SUCH MANUFACTURER OR WHOLESALE COMPANY. This is not an Insurance Contract.

The contract cancellation language is replaced in its entirety with the following:
1. YOU may cancel this CONTRACT by contacting American Auto Shield, LLC at 1597 Cole Blvd, Suite 200 Lakewood, CO 80401 in writing and by submitting a request to cancel the CONTRACT and a Federal Odometer Statement or notarized affidavit verifying mileage at the time of request. You may cancel this contract for any reason at any time. In the event You cancel this Service Contract within the first thirty (30) days after the receipt of this contract and no claim has been authorized or paid, You are entitled to a full refund. If You cancel after the first thirty (30) days after the receipt of this contract or have made a claim within the first thirty (30) days after the receipt of this contract, You shall receive a refund of one hundred percent (100%) of the unearned pro rata premium less ten percent (10%) of the unearned pro rata premium or fifty dollars ($50.00), whichever is less and less the actual cost of any service provided under the Service Contract.
2. The ADMINISTRATOR may cancel this CONTRACT for non-payment of the CONTRACT purchase price, for misrepresentation in obtaining this CONTRACT, misrepresentation in the submission of a claim, or if YOUR VEHICLE is found to be modified in a manner not recommended by the VEHICLE manufacturer. In the event the contract is canceled by the ADMINISTRATOR, return of premium shall be based upon one hundred percent (100%) of unearned pro rata premium, less the actual cost of any service provided under the service CONTRACT.
3. All cancellations for CONTRACTS that have been financed will be paid to the finance company listed on the DECLARATIONS PAGE of this CONTRACT, unless the CONTRACT has been paid in full.

D.2. v. is replaced with the following: **WHEN THE MANUFACTURER'S NEW VEHICLE WARRANTY HAS BEEN DETERMINED NULL AND VOIDABLE BY THE MANUFACTURER.**

The Arbitration section is amended to include: While arbitration is mandatory, the outcome of any arbitration shall be non-binding on the parties, and either party shall, following arbitration, have the right to reject the arbitration award and bring suit in a district court.

ISVR-OK(v5)

**Exhibit 2**