**Payment Plan Agreement**

Payment Plan Provider:
**SING For Service, LLC d/b/a MEPCO**

**Service Contract #:**
MRF3013004

| Buyer | Seller | Dealer #: 500405D |
|---|---|---|
| Name: James Boles | Name: CARSHIELD | |
| Address: [redacted] | Address: 503 Pearl Drive | |
| City, State, Zip: Tulsa, OK 74126 | City, State, Zip: St. Peters, MO 63376 | |
| Phone: 918-815-8687 | Phone: 800-587-4960 | |
| Email: bbboles1120@outlook.com | Salesperson: Michael Calcara | Email: |

| Administrator | American Auto Shield, Llc |
|---|---|

| Vehicle Information | Contract Effective Date: 12/19/2019 |
|---|---|

You, the Buyer, may purchase the Vehicle Service Contract ("VSC") for the Cash Price shown in the Itemization of Payment Plan Amount, or according to the terms of this Payment Plan Agreement ("Agreement"). By signing this Agreement, you choose to purchase the VSC from the Seller according to this Agreement. The VSC is issued by "Administrator". The VSC number is provided at the top of this Agreement. You and we agree to be bound by the terms of this Agreement. "We," "Us" and "Our" refer to the Seller shown above, and upon assignment of this Agreement, to SING For Service, LLC ("MEPCO"). The important disclosures below are part of this Agreement.

Payment Processing Center   MEPCO
10 S. Lasalle St., Suite 2310
Chicago, IL 60603

Phone: 800-397-6767
Fax: 312-853-0535
Page | 1

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE

Pl.'s Ex. 1, 001

| IMPORTANT DISCLOSURES | | |
|---|---|---|
| INITIAL PAYMENT | REOCCURRING MONTHLY PAYMENT | TAXES ON SALE |
| $ 79.00 | $ 79.00 | $ 0.00 |

| Payment Schedule | | |
|---|---|---|
| Number of Payments | Each Monthly Payment Amount | When Monthly Payments are Due (Each month Beginning) |
| 1 | $ 79.00 | 01/19/2020 |

**Security Interest**: You give us a security interest in any refund due upon cancellation of the VSC.

**Late Charge**: Except as provided below, if you do not make your full payment within five (5) days of its scheduled due date, you will pay a late charge of the lesser of Ten Dollars ($10.00) or five percent (5%) on the part of the payment that is late.  If you live in **Arizona**, **California**, **Colorado**, **the District of Columbia**, **Florida**, **Georgia**, **Hawaii**, **Idaho**, **Indiana**, **Iowa**, **Kansas**, **New York**, **Oklahoma**, **South Carolina**, **Virginia**, **West Virginia**, **Wisconsin** or **Wyoming**, your late charge will be the lesser of Ten Dollars ($10.00) or five percent (5%) of the part of the payment that is late, if you don't make your payment within ten (10) days of its scheduled due date.  If you live in **Maine**, **Massachusetts**, **Mississippi**, or **North Carolina** your late charge will be the lesser of Five Dollars ($5.00) or five percent (5%) of the part of the payment that is late if you don't make your payment within fifteen (15) days of its scheduled due date.

**Prepayment**:  If you pay off your payment plan early, you will not have to pay a penalty.

**Please read this Agreement for additional information on security interests, non-payment default and our right to require repayment in full before the scheduled maturity date.**

**PAYMENT OPTIONS:**  You have paid Seller the Initial Payment in the amount set forth above.  You will make your renewal payments, as scheduled and disclosed in the Important Disclosures section above, to MEPCO.

Payment Processing Center   MEPCO
10 S. Lasalle St., Suite 2310
Chicago, IL 60603

Phone: 800-397-6767
Fax: 312-853-0535
Page | 2

**THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE**

**PAYMENT OPTION SELECTED:**

**AUTHORIZATION**

The balance of the Initial Payment shall be paid by you, and you hereby authorize MEPCO to make the applicable number of consecutive monthly charges to your credit/debit card or bank account listed below, in the amounts and at the times disclosed in the Payment Schedule (plus late charges and returned payment charges, if any). This authority remains in effect until MEPCO has received written notification of termination from you in time to allow reasonable opportunity for MEPCO to act on it or until the final installment payment plus all late charges and return fees have been paid from the account listed below. If charging a payment to your credit card or bank account causes you to go over your credit limit or account balance, your card issuer or bank may charge you a fee.

**Credit Card Authorization**

Card Number: \_\_\_\_\*\*\*\*\*\*\*\*\*\*\*\*\*2234_____     Exp. Date: \_\_07/24\_\_\_\_

### Notice to Buyer

**1.** Do not sign this Agreement before you read it or if it contains any blank spaces. **2.** You are entitled to an exact copy of this Agreement. **3.** You have the right to cancel the Vehicle Service Contract at any time and make no further payments. **4.** You have the right to pay in advance the full amount due without penalty. **5.** Keep this Agreement to protect your legal rights.

**BY SIGNING BELOW, OR BY MAKING YOUR FIRST PAYMENT AFTER YOU HAVE RECEIVED A MAILED OR ELECTRONIC COPY OF THIS AGREEMENT, YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, INCLUDING THE ARBITRATION PROVISION BELOW, AND YOU AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT.**

| BUYER | SELLER |
|---|---|
| /s/ Michael Calcara<br>X  *Phone Authorized Agent*<br>Signature | X  CARSHIELD<br>Signature |
| 12/19/2019<br>Date | 12/19/2019<br>Date |

In accordance with the terms and conditions of the agreement between Seller and MEPCO, Seller herby assigns its right, title and interest in this Agreement to MEPCO, 10 S. Lasalle St., Suite 2310, Chicago, IL 60603.

Payment Processing Center  MEPCO  
10 S. Lasalle St., Suite 2310  
Chicago, IL 60603

Phone: 800-397-6767  
Fax: 312-853-0535  
Page | 3

**THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE**

## ADDITIONAL TERMS AND CONDITIONS

**PROMISE TO PAY**: You agree to pay us the Payment Plan Amount according to the terms of this Agreement.

**LATE CHARGE AND RETURNED PAYMENT CHARGES**: You agree to pay the late payment charges specified in the Important Disclosures on Page 2. The applicable late charge is based upon your state of residence at the time you sign or ratify this Agreement.

<u>Except as provided below</u>, if any payment you make is returned unpaid for any reason, after we make any demand applicable law requires, and wait the time any applicable law requires, you agree to pay us a returned payment charge of Twenty-Five Dollars ($25.00). If you live in <u>Arizona</u> or <u>Massachusetts</u>, you agree to pay a returned payment charge of Ten Dollars ($10.00). If you live in <u>California</u> or <u>Wisconsin</u>, you agree to pay a returned payment charge of Fifteen Dollars ($15.00). If you live in <u>Connecticut</u>, <u>Idaho</u>, <u>New York</u> or <u>Utah</u>, you agree to pay us a returned payment charge of Twenty Dollars ($20.00). If you live in <u>District of Columbia</u>, <u>Iowa</u> or <u>Wyoming</u>, you will not pay returned payment charges. If you live in <u>Maine</u>, <u>Virginia</u> or <u>Vermont</u>, you will be liable for returned payment charges as prescribed by a court, if we take action against you.

All late charges, returned payment charges or other fees you incur must be paid in the next monthly payment and in accordance with the payment option you select and/or is in effect at the time of the next monthly payment.

**CANCELLATION AND ASSIGNMENT OF RIGHTS**: You have the right to cancel the VSC at any time in accordance with the terms of the VSC. If you exercise the right to cancel the VSC before making all payments, you agree to send written notice of the cancellation to the Administrator and to us. You authorize us to direct the Administrator/Seller to cancel the VSC if we do not receive any payment within ten (10) days of the scheduled payment date, as applicable law allows.

You hereby grant us a security interest in and assign to us your right to receive refunds pursuant to the VSC. If the VSC is cancelled before you have paid the full Payment Plan amount and any other fees or charges due to us under this Agreement, any refund due to you after proceeds are applied to your outstanding obligations under this Agreement (the "Buyer Refund") will be paid to you. The Buyer Refund is calculated in the manner described in the VSC, but based on amounts actually paid by you rather than the Total Sales Price of the VSC. If you are entitled to a Buyer Refund, you will receive the refund from the Seller or the Administrator of the VSC. No assignee of the Seller shall have a contractual or other responsibility under this Agreement or the VSC to pay or calculate such refund, or for the performance of any other services required by the VSC.

**PAYMENTS AFTER CANCELLATION**: Any payment you make after we receive notice of cancellation will constitute a reinstatement of the VSC, but will be applied to your outstanding obligation under this Agreement. Neither the acceptance nor the application of any payment will constitute the reinstatement of the VSC or constitute a waiver of any default hereunder.

**DEFAULT**: If you fail to make any payment when due or subject to the requirement in this section, fail to comply with any other provision in this Agreement (default), after notice and any right to cure required by applicable law, we have the right to cancel the VSC and take any action permitted by law to collect what you owe. Upon cancellation, you agree that we may collect and receive any refunds or proceeds with respect to the VSC. We will apply those refunds and proceeds to your outstanding obligations under this Agreement. If there is a surplus in excess of One Dollar ($1.00), you are entitled to the surplus. Except where prohibited by applicable law, you hereby release and discharge us from any liability for damages with respect to cancellation of the VSC due to default and you shall indemnify and hold us harmless from any liabilities, claims, damages or causes of action for any action taken as a result of your default under this Agreement. Our failure to require strict performance of any provision in this Agreement or to exercise any of our rights under this Agreement will not waive or relinquish any future right under this Agreement.

| | | |
|---|---|---|
| **Payment Processing Center** | **MEPCO** | Phone: 800-397-6767 |
| | 10 S. Lasalle St., Suite 2310 | Fax: 312-853-0535 |
| | Chicago, IL 60603 | Page \| 4 |

**THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE**

**\*\*If required by applicable law,** we will only consider the failure to comply with other provisions of this Agreement an event of default if our prospect of payment, performance, or realization of collateral is significantly impaired. Where required, we bear the burden of establishing significant impairment.

**POWER OF ATTORNEY**: In the event you default under the terms of this Agreement, and if allowed by applicable law, you hereby irrevocably appoint us as your true and lawful attorney-in-fact with respect to the VSC until all amounts payable hereunder are paid in full. If allowed by applicable law, you agree that we will have full power under this power of attorney to **(1)** cancel or reinstate the VSC, **(2)** endorse or execute, in your name, all checks issued and all other documents or instruments relating to the VSC, **(3)** receive, demand, collect or sue for any amounts relating to the VSC due and owing to us by the Administrator, insurer, Seller, or other obligor, and **(4)** take such other actions as are necessary to further the purposes of this Agreement.

**ACCEPTANCE, RATIFICATION, ACCURACY**: This Agreement shall be effective when signed by you and us, or where applicable, upon the first of the following events to occur after we mail you a copy of the Agreement: (1) you sign and transmit to us a copy of the signed Agreement, in wet ink or electronically, or (2) you make your first payment. Either signature or payment according to the terms of the Agreement ratifies and makes effective your and our obligations under the Agreement. You may not modify the preprinted terms of this Agreement.

**SERVICING AND COLLECTION CONTACTS**: By providing your wireless (cell) telephone number, you expressly consent to receiving telephone calls from us, and any assignee of this Agreement, concerning your Agreement, including calls to collect what you owe. Live calls may be made by one of our employees. Calls may also be made by a prerecorded, autodialed voice or text message as applicable law allows. Your consent covers all types of calls. We do not charge you for such calls. Your wireless carrier will charge you for our incoming calls and text messages according to your plan.

**ENTIRE AGREEMENT**: This Agreement constitutes the entire agreement between you and us. It supersedes any other written or oral agreement between the parties, and, except as otherwise set forth herein, may be modified only in writing signed by us. No oral changes to the terms of this Agreement are binding on you or us.

**REMEDIES, GOVERNING LAW, WAIVERS**: This Agreement is governed and construed in accordance with federal law and the laws of the state of your residence, as provided on the first page of this Agreement. Each provision in this Agreement will be interpreted so as to be effective and valid under applicable law. This Agreement includes an arbitration provision. By signing or ratifying this Agreement, you agree to be bound by the terms of the arbitration provision.

**MISCELLANEOUS**: The content and format of this Agreement has been adopted to provide you with important information in a clear and familiar form and its use does not imply that any particular federal or state law relating to lending or installment sales applies to this Agreement or transactions it contemplates. You expressly acknowledge and understand that the purchase of a VSC is not required either to purchase or obtain financing for a Vehicle. Time is of the essence in this Agreement.

For purchases primarily for personal, family or household use, the following disclosure applies.
**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR.**

**ARBITRATION PROVISION. This Arbitration Provision significantly affects your rights in any dispute with us. Please read this Arbitration Provision carefully before you sign or ratify this Agreement.**

**Payment Processing Center**   MEPCO
10 S. Lasalle St., Suite 2310
Chicago, IL 60603

Phone: 800-397-6767
Fax: 312-853-0535
Page | 5

**THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE**

Pl.'s Ex. 1, 005

**EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT. IF A DISPUTE IS ARBITRATED, YOU AND WE WILL EACH GIVE UP CERTAIN RIGHTS THAT MAY BE AVAILABLE IN COURT, INCLUDING OUR RIGHT TO A TRIAL BY JURY. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US.**

Any claim or dispute, whether in contract, tort or otherwise (including the interpretation and scope of this clause and the arbitrability of any issue), between you and us or our employees, agents, successors or assigns, which arises out of or relates in any manner to this Agreement or any resulting relationship (including any such relationship with third parties who do not sign this Agreement, such as an assignee of the Agreement) shall, at your or our election (or the election of any such third party), be resolved by neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. This is called the "class action waiver."

You may choose the applicable rules of either the American Arbitration Association ("AAA") or another arbitration organization, subject to our approval. You may obtain a copy of the rules of the AAA by visiting its web site (www.adr.org). We waive the right to require you to arbitrate an individual claim if the amount you seek to recover qualifies as a small claim under applicable law.

This Arbitration Provision relates to an agreement that evidences a transaction involving interstate commerce. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.).

The arbitrators shall be attorneys or retired judges and shall be selected in accordance with the applicable rules of the chosen arbitration organization. The arbitrator shall apply substantive governing law and the applicable statute of limitations. The arbitration award shall be in writing. The arbitration hearing shall be conducted in the federal district in which you live, or such other place convenient to you as required by the rules of the chosen arbitration organization. If you demand arbitration first, you will pay the filing fee if the chosen arbitration organization requires it. We will advance and/or pay any other fees and costs required by the rules of the chosen arbitration organization.

The arbitrator's award shall be final and binding on all parties. There shall be a limited right to appeal to the extent allowed by the Federal Arbitration Act. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous.

If any part of this Arbitration Provision, other than the Class Action Waiver, is found by a court or arbitrator to be unenforceable, the remainder shall be enforceable. If the Class Action Waiver is found by a court or arbitrator to be unenforceable, the remainder of this Arbitration Provision shall be unenforceable. This Arbitration Provision shall survive the termination of any contractual agreement between you and us, whether by default or repayment in full.

**STATE LAW DISCLOSURES:**

**OHIO:** If you reside in Ohio, the following disclosures applies: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Payment Processing Center**   MEPCO
10 S. Lasalle St., Suite 2310
Chicago, IL 60603

Phone: 800-397-6767
Fax: 312-853-0535
Page | 6

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON MORE THAN ONE PAGE

Pl.'s Ex. 1, 006