IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| (1) JAMES BOLES,<br>(2) BARBARA BOLES,<br><br>          Plaintiffs,<br><br>v.<br><br>(1) CARSHIELD, LLC,<br>(2) NRRM, LLC,<br>(3) CONCORDIAN, LLC D/B/A AMERICAN AUTO SHIELD,<br><br>          Defendants. | Case No. 22-cv-0034-JFH-CDL<br><br>*Removed from the District Court of Oklahoma County, Oklahoma Case No. CJ-2021-3014* |

## **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

## **EXHIBIT #1**

Exhibit # 1 is an **audio file** titled, "22-cv-0034-JFH-CDL, Dkt. # 28-1," which has been submitted to the Court and to opposing counsel on a thumb drive contemporaneously with this Reply.

6152432.1