<u>Transcript of Telephone Call – December 26, 2019 (Audio File)</u>

CarShield: Hi, thank you for calling CarShield, this is Taylor, how may I help you?

Mr. Boles: Yeah, my name is James Boles and I just put ah, you guys' coverage on my 2009 Chevy Silverado.

CarShield: Yes sir, what can I do for you today?

Mr. Boles: Well, uh, well the guy told me that the plan that I got, covered the door lock motors. And my wife is looking in the paperwork that you guys sent her, emailed to print out.

(voice in background) - inaudible

CarShield: Yes sir.

Mr. Boles: And it don't say nothing about the, ah, door lock motor.

CarShield: Ah, I certainly show that the power window motors are listed on there, um, but bear with me just one moment, sir.

(voice in background): Okay.

Mr. Boles: Okay.

CarShield: It looks like, it looks like it may be, ah, that our claims department may be better able to assist you here.

CarShield: (Inaudible - speaking at the same time as Mr. Boles)

Mr. Boles: Well I'm not, I'm not filing a claim, I was just, I'm not gonna file a claim.

CarShield: Oh yes sir, I just don't have the ability to see in full detail what's covered for you there. Ah, it may be best if you called our, ah, when we're open for our customer service department between 7 a.m. and 6 p.m. Central Time –

Mr. Boles: Yes –

CarShield: – they'd certainly be able to go through more detail with you to be accurate as far as what it should be covered there.

Mr. Boles: Ah, ah, thank you. Bye.

CarShield: Oh, not a problem sir, thanks so much for calling.

(Call ended.)

6151783.1