

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

OCT 17 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| (1) JAMES BOLES,<br>(2) BARBARA BOLES,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>(1) CARSHIELD, LLC,<br>(2) NRRM, LLC,<br>(3) CONCORDIAN, LLC d/b/a<br>　　AMERICAN AUTO SHIELD,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)   Case No. 22-cv-0034-JFH-CDL<br>)<br>)   *Removed from the District Court of*<br>)   *Oklahoma County, Oklahoma*<br>)   *Case No. CJ-2021-3014*<br>)<br>)<br>)<br>)<br>)<br>) |

Exhibit No. 1 to:

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**



# ITEM NOT IMAGED

☐ CD/DVD
☐ VHS TAPE
☒ OTHER: Thumb Drive

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

**DOERNER | SAUNDERS**
**DANIEL & ANDERSON** LLP LAWYERS

Two West Second Street, Suite 700
Tulsa, OK 74103-3117

**HAND DELIVERY**

Honorable John F. Heil III
c/o Clerk of Court
U.S. District Court for the
Northern District of Oklahoma
333 W. 4th Street, Room 411
Tulsa, OK 74103

22cv34 JFH-CDL
Bc

RECEIVED
OCT 17 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT