## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES BOLES and<br>(2) BARBARA BOLES,<br><br>     Plaintiffs,<br><br>v.<br><br>(1) CARSHIELD, LLC;<br><br>(2) NRRM, LLC; and<br><br>(3) CONCORDIAN, LLC d/b/a AMERICAN<br>     AUTO SHIELD;<br><br>     Defendants. | Case No. 22-CV-00034-JFH-CDL |

## <u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>

**COMES NOW** Laura L. Hamilton, attorney of record for Plaintiff, ("Movant") and respectfully requests that this Court enter an Order allowing her to withdraw her representation from this case. In support, Movant states the following:

1.      Movant previously entered her appearance as counsel for Plaintiffs with Donald E. Smolen, II, and other attorneys of SMOLEN | LAW, PLLC.

2.      Effective December 31, 2022, Laura L. Hamilton is no longer associated with the law firm of SMOLEN | LAW, PLLC.

3.      Donald E. Smolen and attorneys of SMOLEN | LAW, PLLC, have also entered their appearances as counsel for Plaintiff, and will remain counsel of record for Plaintiff.

4.      No deadlines or future hearings will be adversely affected, and no party will be prejudiced by Movant's withdrawal from this case.

5.      This request is made in good faith and not for the purposes of delay or harassment.

6.     A proposed order is being submitted contemporaneously for the Court's convenience and consideration.

**WHEREFORE**, Laura L. Hamilton respectfully requests that the Court grant her Motion to Withdraw.

Respectfully submitted,

/s/Laura L. Hamilton
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
611 S. Detroit Ave.
Tulsa, OK  74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
laura@smolen.law
*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on the 2nd day of January, 2023, the above was submitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record whose appearances have been entered in this case.

<u>/s/Laura L. Hamilton             </u>
Laura L. Hamilton