UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES BOLES and<br>(2) BARBARA BOLES,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) CARSHIELD, LLC;<br><br>(2) NRRM, LLC; and<br><br>(3) CONCORDIAN, LLC d/b/a AMERICAN AUTO SHIELD;<br><br>    Defendants. | Case No. 22-CV-00034-JFH-CDL |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**COMES NOW** the law firm of SMOLEN | LAW, PLLC, counsel of record for Plaintiff, and respectfully requests that this Court enter an order allowing Lawrence R. Murphy, Jr. to withdraw as counsel from this case and be removed from the ECF recipient list for this particular matter. In support, the movant shows as follows:

1.  Lawrence R. Murphy, Jr. previously entered his appearance as counsel for Plaintiff.

2.  As of January 4, 2023, Lawrence R. Murphy, Jr. will no longer be associated with the law firm of SMOLEN | LAW, PLLC.

3.  Donald E. Smolen and attorneys of SMOLEN | LAW, PLLC, have also entered their appearances as counsel for Plaintiff, and will remain counsel of record for Plaintiff.

4.  No deadlines or future hearings will be adversely affected, and no party will be prejudiced by Movant's withdrawal from this case.

5.  This request is made in good faith and not for the purposes of delay or harassment.

6. A proposed order is being submitted contemporaneously for the Court's convenience and consideration.

**WHEREFORE**, Lawrence R. Murphy, Jr. respectfully requests that the Court grant his Motion to Withdraw.

    Respectfully submitted,

    SMOLEN | LAW, PLLC

    /s/Donald E. Smolen, II
    Donald E. Smolen, II, OBA #19944
    611 S. Detroit Ave.
    Tulsa, OK 74120
    P: (918) 777-4LAW (4529)
    F: (918) 890-4529
    don@smolen.law
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this, the 6th day of January 2023, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

                /s/Donald E. Smolen, II