IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) JAMES BOLES; and

(2) BARBARA BOLES,

    Plaintiffs,

v.                                                       No. 22-cv-00034-WPJ-MTS

(1) CARSHIELD, LLC,
a foreign limited liability company;

(2) NRRM, LLC
a foreign limited liability company; and

(3) CONCORDIAN, LLC d/b/a AMERICAN
AUTOSHIELD, a foreign limited liability company,

    Defendants.

**FINAL JUDGMENT**

**THIS MATTER** is before the Court[1] under Fed. R. Civ. P. 58. The Court granted Defendants' Motion to Compel Arbitration (Doc. 25) and dismissed the case without prejudice. Doc. 40. In the Court's Memorandum Opinion and Order (Doc. 40), the Court noted that the parties may, as expressly provided by their contract, re-file the action in a proper forum after arbitration.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby DISMISSED WITHOUT PREJUDICE, thus disposing of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Chief United States District Court Judge William P. Johnson of the District of New Mexico was assigned this case as a result of the Tenth Circuit Order designating Judge Johnson to hear and preside over cases in the Northern District of Oklahoma.