# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES BOLES and<br>(2) BARBARA BOLES,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) CARSHIELD, LLC;<br><br>(2) NRRM, LLC; and<br><br>(3) CONCORDIAN, LLC d/b/a AMERICAN AUTO SHIELD;<br><br>    Defendants. | Case No. 22-CV-00034-JFH-CDL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, James and Barbara Boles, appeal to the United States Court of Appeals for the Tenth Circuit from this Court's Judgment dismissing Plaintiffs' claims against Defendants (Dkt. No. 41) and the underlying Memorandum Opinion and Order of December 21, 2023, granting Defendants' Motions to Compel Arbitration (Dkt. No. 40).

    Respectfully submitted,

    SMOLEN | LAW, PLLC

    /s/Donald E. Smolen, II
    Donald E. Smolen, II, OBA #19944
    611 S. Detroit Ave.
    Tulsa, OK  74120
    P: (918) 777-4LAW (4529)
    F: (918) 890-4529
    don@smolen.law
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 19th day of January 2024, I caused a true and correct copy of the foregoing to be submitted to the Clerk of the Court for electronic transmission to all counsel of record.

      /s/Donald E. Smolen, II