# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
(Notice of Appellate Action)

---

Date Notice filed: 1/19/2024.

Style of Case: Boles et al v. Carshield, LLC et al

Appellant: James Boles and Barbara Boles

District Court No: 22-cv-00034-WPJ-MTS

Tenth Circuit Case No: .

☐ Amended NOA                ☐ Cross Appeal

☐ Interlocutory Appeal       ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

William P Johnson, U.S. District Judge:

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | ☒ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☐ |
| Motion for IFP on Appeal Filed | ☐ |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

---

By: Denise Ambrosio, Case Administrator     January 19, 2024     Phone: (918) 699-4700