UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 19, 2024

Mr. Donald E. Smolen II
Smolen Law
611 South Detroit Avenue
Tulsa, OK 74120

**RE:** **24-5009, Boles, et al v. Carshield, LLC, et al**
Dist/Ag docket: 4:22-CV-00034-WPJ-MTS

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:   Alexandra J. Gage
      Brian Michael Keester
      Michael Silvey Linscott
      Sara E. Potts


CMW/at

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, January 19, 2024 5:16 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5009 Boles, et al v. Carshield, LLC, et al "Civil case docketed" (4:22-CV-00034-WPJ-MTS) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/19/2024 at 4:12:42 PM Mountain Standard Time and filed on 01/19/2024

| | |
|---|---|
| **Case Name:** | Boles, et al v. Carshield, LLC, et al |
| **Case Number:** | 24-5009 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11060680] Civil case docketed. Preliminary record filed. DATE RECEIVED: 01/19/2024 Docketing statement, transcript order form, and notice of appearance due 02/02/2024 for Barbara Boles and James Boles. Notice of appearance and disclosure statement due on 02/02/2024 for Carshield, LLC, Concordian, LLC, and NRRM, LLC [24-5009]

**Notice will be electronically mailed to:**

Ms. Alexandra J. Gage: agage@dsda.com
Mr. Brian Michael Keester: bkeester@dsda.com
Michael Silvey Linscott, Attorney: mlinscott@dsda.com, cpalmer@dsda.com
Ms. Sara E. Potts: spotts@dsda.com
Mr. Donald E. Smolen, II: don@smolen.law, dustin@smolen.law, ally@smolen.law, megan@smolen.law, jack@smolen.law, matt@smolen.law, ronica@smolen.law, jim@smolen.law, amanda@smolen.law, stephanie@smolen.law, shanda@smolen.law, jess@smolen.law, cbl@smolen.law

The following document(s) are associated with this transaction:
**Document Description:** Prelim ROA
**Original Filename:** Boles Prelim ROA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/19/2024] [FileNumber=11060680-0]
[2ae80f9ed2a8d659e936804f9543f7042317333437bc571f1f27506a686be52afefa70a21479c3f021df574324e7f2e6cdac8
67f5ecd239cf990ff796c35c53a]]

**Document Description:** General Docket Letter - Counsel - Civil

**Original Filename:** /opt/ACECF/live/forms/AnthonyTrujillo_245009_11060680_277.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/19/2024] [FileNumber=11060680-1]
[c2ac82e2adce46e777f0c5d3aba1a03f299a33a06d7b573bad70e01c4928c1ec34966490cc043c5696c1771d56207db4282
f7283bab3e38eee75b09fc056516a]]
**Recipients:**

- Ms. Alexandra J. Gage
- Mr. Brian Michael Keester
- Michael Silvey Linscott, Attorney
- Ms. Sara E. Potts
- Mr. Donald E. Smolen, II