# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, February 2, 2024 9:26 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5009 Boles, et al v. Carshield, et al "Minute Order Filed" (4:22-CV-00034-WPJ-MTS) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 02/02/2024 at 8:25:49 AM Mountain Standard Time and filed on 02/02/2024

**Case Name:** Boles, et al v. Carshield, et al
**Case Number:** 24-5009

**Docket Text:**
[11064182] Minute order filed - Notice due that record is complete by 02/09/2024 for Mark C. McCartt, Clerk of Court. (Text Only - No Attachment) [24-5009]

**Notice will be electronically mailed to:**

Ms. Alexandra J. Gage: agage@dsda.com
Mr. Brian Michael Keester: bkeester@dsda.com
Michael Silvey Linscott, Attorney: mlinscott@dsda.com, cpalmer@dsda.com
Ms. Sara E. Potts: spotts@dsda.com
Mr. Donald E. Smolen, II: don@smolen.law, dustin@smolen.law, ally@smolen.law, megan@smolen.law, jack@smolen.law, matt@smolen.law, ronica@smolen.law, jim@smolen.law, amanda@smolen.law, stephanie@smolen.law, shanda@smolen.law, jess@smolen.law, cbl@smolen.law