OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT

Mark C. McCartt                    **Northern District of Oklahoma**                    Telephone (918) 699-4700
Clerk of Court                     411 UNITED STATES COURTHOUSE                         Fax (918) 699-4756
                                   333 West Fourth Street
                                   Tulsa, Oklahoma 74103-3819


February 6, 2024


Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257



IN RE:        Case No.:               22-cv-00034-WPJ-MTS
              10th Circuit Case No.: 24-05009
              Plaintiff:              Boles et al
              Defendant:             Carshield, LLC et al


Dear Clerk of Court,

Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

If there is anything further needed, please do not hesitate to contact me.


Very truly yours,

Mark C. McCartt, Clerk of Court

s/ L. Tiefenthaler

By: Lynn Tiefenthaler, Case Administrator


cc: All counsel of record