FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 30, 2024

───────────────────────────────

Christopher M. Wolpert  
Clerk of Court

| | |
|---|---|
| JAMES BOLES; BARBARA BOLES,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>NRRM, LLC, a foreign limited liability company, d/b/a CarShield; CONCORDIAN, LLC, a foreign limited liability company, d/b/a American Autoshield,<br><br>   Defendants - Appellees. | No. 24-5009<br>(D.C. No. 4:22-CV-00034-WPJ-MTS)<br>(N.D. Okla.) |

───────────────────────────────

**ORDER**

───────────────────────────────

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

# Aimee Nance

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Wednesday, October 30, 2024 3:14 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | Re-send: 24-5009 Boles, et al v. Carshield, et al "Rule 33 case terminated" (4:22-CV-00034-WPJ-MTS) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Amended 10/30/2024 14:14:14: Notice of Docket Activity**

The following transaction was entered on 10/30/2024 at 1:14:23 PM Mountain Daylight Time and filed on 10/30/2024

| | |
|---|---|
| **Case Name:** | Boles, et al v. Carshield, et al |
| **Case Number:** | 24-5009 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11132829] Rule 33 case terminated. Frap 42 procedural termination without judicial action. [24-5009]

The following document(s) are associated with this transaction:
**Document Description:** Dismissal order
**Original Filename:** 24-5009 Dismissal Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/30/2024] [FileNumber=11132829-0]
[ee2ac3dca287beb55d9634cd73a99ec4ca547d4061a331d868ad2db35379d2ac110d59322c59e225085
a4396846755e98dcaccdbacab1111f7443391c79c5413]]