UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 30, 2024

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103


Mr. Jon Edward Brightmire
Doerner, Saunders, Daniel & Anderson
2 West Second Street, Suite 700
Tulsa, OK 74103-3117

Ms. Sara E. Potts
Doerner, Saunders, Daniel & Anderson
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

Mr. Michael F. Smith
Mr. Donald E. Smolen II
Mr. Dustin Vanderhoof
Smolen Law
611 South Detroit Avenue
Tulsa, OK 74120

**RE:**     24-5009, Boles, et al v. Carshield, et al
Dist/Ag docket: 4:22-CV-00034-WPJ-MTS

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at

**Denise Ambrosio**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Wednesday, October 30, 2024 2:26 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5009 Boles, et al v. Carshield, et al "Mandate issued" (4:22-CV-00034-WPJ-MTS) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/30/2024 at 1:14:46 PM Mountain Daylight Time and filed on 10/30/2024

| | |
|---|---|
| **Case Name:** | Boles, et al v. Carshield, et al |
| **Case Number:** | 24-5009 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11132830] Mandate issued. [24-5009]

**Notice will be electronically mailed to:**

Mr. Jon Edward Brightmire: jbrightmire@dsda.com, dsimpson@dsda.com
Heidi D. Campbell, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Ms. Sara E. Potts: spotts@dsda.com
Mr. Michael F. Smith: michael@smolen.law, federalfilings@smolen.law
Mr. Donald E. Smolen, II: don@smolen.law, federalfilings@smolen.law
Mr. Dustin Vanderhoof: dustin@smolen.law

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/245009_11132830_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/30/2024] [FileNumber=11132830-0]
[264847017420d42bf68dfb83c672381f9d03adffadf96b727a1faf5e06630119d2ae98bb9a168b48f345863

c867ae22d605e08b28de07045c84624774efacde5]]

**Recipients:**

- [Mr. Jon Edward Brightmire](#)
- [Heidi D. Campbell, Clerk of Court (oclk)](#)
- [Ms. Sara E. Potts](#)
- [Mr. Michael F. Smith](#)
- [Mr. Donald E. Smolen, II](#)
- [Mr. Dustin Vanderhoof](#)